```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 12026
   JERMAINE K MCDONALD
   BEVERLY SIMMONS MCDONALD                    CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-5235     SSN XXX-XX-5458

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 09/23/2006 and was confirmed 12/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

     The case was dismissed after confirmation 07/12/2007.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
---------------------------------------------------------------------------
CENTRAL FURNITURE        SECURED              1900.00       110.64        227.92
CENTRAL FURNITURE        UNSECURED            4887.60          .00           .00
CENTRAL FURNITURE        SECURED NOT I            .00          .00           .00
NATIONWIDE ACCEPTANCE~   SECURED VEHIC        3425.00       200.11        363.95
NATIONWIDE ACCEPTANCE~   UNSECURED            1647.05          .00           .00
INTERNAL REVENUE SERVICE PRIORITY             1721.11          .00           .00
SPRINT PC                UNSECURED         NOT FILED           .00           .00
FREEDOM CARD GOLD MASTER UNSECURED              716.57         .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         NOT FILED           .00           .00
AT&T BROADBAND           UNSECURED         NOT FILED           .00           .00
BALLYS                   UNSECURED              795.60         .00           .00
CCS PAYMENT PROCESSING C UNSECURED         NOT FILED           .00           .00
CAVALRY PORTFOLIO SERVIC UNSECURED              589.39         .00           .00
CB USA                   UNSECURED              255.00         .00           .00
SBC AMERITEC             UNSECURED         NOT FILED           .00           .00
CHARTER ONE BANK         UNSECURED         NOT FILED           .00           .00
CHARTER ONE BANK         UNSECURED         NOT FILED           .00           .00
CHECK SYSTEMS            NOTICE ONLY      NOT FILED           .00           .00
CITY OF CHICAGO PARKING  UNSECURED             2390.00         .00           .00
COMCAST                  UNSECURED         NOT FILED           .00           .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED           .00           .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED           .00           .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED           .00           .00
COOK COUNTY 6TH MUNICIPA UNSECURED         NOT FILED           .00           .00
ILL IND EM               UNSECURED         NOT FILED           .00           .00
ILL IND EM               UNSECURED         NOT FILED           .00           .00
CRED PROTECTION ASSOCIAT UNSECURED         NOT FILED           .00           .00
COMCAST                  UNSECURED         NOT FILED           .00           .00
AT & T BROADBAND         UNSECURED         NOT FILED           .00           .00
CREDIT PROTECTION ASSOCI UNSECURED         NOT FILED           .00           .00
FNBM/CREDIT ONE BANK     UNSECURED         NOT FILED           .00           .00
CR SYSTEM INTR           UNSECURED         NOT FILED           .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 06 B 12026 JERMAINE K MCDONALD & BEVERLY SIMMONS MCDONALD
```

```
CR SYSTEM INTR              UNSECURED         NOT FILED              .00           .00
DEPENDON COLLECTION SERV    UNSECURED         NOT FILED              .00           .00
SUPERIOR AL                 UNSECURED         NOT FILED              .00           .00
FAIRLANE CREDIT L L C       UNSECURED         NOT FILED              .00           .00
HSBC NV                     UNSECURED         NOT FILED              .00           .00
IC SYSTEMS INC              UNSECURED            308.96              .00           .00
ST FRANCIS                  UNSECURED         NOT FILED              .00           .00
ST FRANCIS                  UNSECURED         NOT FILED              .00           .00
ILLINOIS COLLECTION SERV    UNSECURED         NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE    UNSECURED         NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE    UNSECURED         NOT FILED              .00           .00
INTERNAL REVENUE SERVICE    UNSECURED            113.54              .00           .00
INTERNAL REVENUE SERVICE    UNSECURED         NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM    UNSECURED            394.81              .00           .00
CHARTER ONE                 UNSECURED         NOT FILED              .00           .00
MAGNA BK-ILL                NOTICE ONLY       NOT FILED              .00           .00
MEDICAL COLLECTIONS SYS     UNSECURED         NOT FILED              .00           .00
EVERGREEN EMERGENCY SERV    UNSECURED         NOT FILED              .00           .00
EVERGREEN MEDICAL SPECIA    UNSECURED         NOT FILED              .00           .00
MERCURY FINANCE             UNSECURED         NOT FILED              .00           .00
MERCURY FINANCE             UNSECURED         NOT FILED              .00           .00
MIDLAND CREDIT MANAGEMEN    UNSECURED         NOT FILED              .00           .00
NGBL CARSONS                UNSECURED         NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS IN    UNSECURED         NOT FILED              .00           .00
NCO MEDCLR                  UNSECURED         NOT FILED              .00           .00
NCO MEDCLR                  UNSECURED         NOT FILED              .00           .00
NCO MEDCLR                  UNSECURED         NOT FILED              .00           .00
MIDWESTERN TELCOM           UNSECURED         NOT FILED              .00           .00
RESTORATION HARDWARE        UNSECURED         NOT FILED              .00           .00
RESTORATION HARDWARE        UNSECURED         NOT FILED              .00           .00
WEBSTER EMERGENCY           UNSECURED         NOT FILED              .00           .00
WEBSTER EMERGENCY           UNSECURED         NOT FILED              .00           .00
WEBSTER EMERGENCY           UNSECURED         NOT FILED              .00           .00
WEBSTER EMERGENCY           UNSECURED         NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE    UNSECURED            575.37              .00           .00
CHARTER ONE BANK            UNSECURED         NOT FILED              .00           .00
VILLAGE OF BRIDGEVIEW       UNSECURED         NOT FILED              .00           .00
RMI/MCSI                    UNSECURED            250.00              .00           .00
AT & T BANKRUPCTY           UNSECURED         NOT FILED              .00           .00
SEARS GOLD MASTER           UNSECURED         NOT FILED              .00           .00
MICHAEL REESE HOSPITAL      UNSECURED         NOT FILED              .00           .00
UPBNA                       UNSECURED         NOT FILED              .00           .00
US CELLULAR                 UNSECURED         NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC    UNSECURED            116.53              .00           .00
WEST CAPITAL FIN SERVICE    UNSECURED         NOT FILED              .00           .00
WEXLER & WEXLER             UNSECURED         NOT FILED              .00           .00
GENERAL MOTORS ACCEPTANC    UNSECURED           3283.59              .00           .00
CPS                         UNSECURED           4642.53              .00           .00
BUSINESS OFFICE SYST & S    UNSECURED         NOT FILED              .00           .00
```

                PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 12026 JERMAINE K MCDONALD & BEVERLY SIMMONS MCDONALD

```
DEBRA J VORHIES LEVINE      REIMBURSEMENT     214.00              .00         214.00
DEBRA J VORHIES LEVINE      DEBTOR ATTY     3,000.00                          474.48
TOM VAUGHN                  TRUSTEE                                            98.90
DEBTOR REFUND               REFUND                                               .00
```

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
```
TRUSTEE                   1,690.00

PRIORITY                                           214.00
SECURED                                            591.87
    INTEREST                                       310.75
UNSECURED                                             .00
ADMINISTRATIVE                                     474.48
TRUSTEE COMPENSATION                                98.90
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                    1,690.00              1,690.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/23/07            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE